**INTELLECTUAL PROPERTY DEVELOPMENT, INC. and Communications Patents, Ltd., Plaintiffs–Appellants,**

v.

**UA–COLUMBIA CABLEVISION OF WESTCHESTER, INC. and Telecommunications, Inc., Defendants–Appellees.**

**Intellectual Property Development, Inc. and Communications Patents, Ltd., Plaintiffs–Appellees,**

v.

**UA–Columbia Cablevision Of Westchester, Inc. and Telecommunications, Inc., Defendants–Appellants.**

Nos. 01–1248, 02–1249.

United States Court of Appeals, Federal Circuit.

Dec. 19, 2002.

*ORDER*

CLEVENGER, Circuit Judge.

UA–Columbia Cablevision of Westchester, Inc. and Tele–Communications, Inc.

(UA–Columbia) inform the court that their appeal 02–1249 is moot.* We treat the submission as a motion to voluntarily dismiss 02–1249.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to voluntarily dismiss 02–1249 is granted.

(2) The revised official caption for 02–1248 is reflected above.

(3) A copy of this order shall be transmitted to the merits panel assigned to hear this case.

---

* It is unclear whether UA–Columbia intends part of its letter to be a citation of supplemental authority under Fed. R.App. P. 28(j)

(amended Dec. 1, 2002). If so, UA–Columbia should provide the clerk with another letter clearly marked as a Rule 28(j) motion.